IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALVIN PIERCE and SANDRA PIERCE, individually and on behalf of all others similarly situated, </br></br>Plaintiffs, </br></br> v. </br></br> CARRINGTON RECOVERY SERVICES, LLC, </br></br> Defendant. | Civil Action No. 09-0787 |

ORDER

AND NOW, on this 5th day of April, 2010, it is HEREBY ORDERED that defendant shall file a written declaration on or before April 9, 2010, setting forth the date on which defendant provided "the appropriate State official of each State in which a class member resides and the appropriate Federal official, a notice of the proposed settlement" as required by 28 U.S.C. § 1715(b).

BY THE COURT,

_____, C.J.

cc: All counsel of record